**Order entered March 13, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00851-CR

**DESMOND RENARD FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-00024-Y**

### ORDER

Before the Court is April Smith's March 2, 2020 motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk to remove April Smith as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk=s record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to April Smith; and to the Dallas County District Attorney's Office.

We **ABATE** this appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.


/s/     CORY L. CARLYLE
        JUSTICE